# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:19-cv-373-MOC-DCK

| | |
|---|---|
| PHILLIPS MEDICAL SYSTEMS, NEDERLAND B.V., et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )<br>) |
| TEC HOLDINGS, INC., et al., | ) **ORDER**<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER** comes before the Court on a Motion to Dismiss filed by Defendants TEC Holdings, Inc., Transtate Equipment Company, Inc., and Robert Andrew Wheeler, (Doc. No. 32), and on a Motion to Dismiss filed by Peak Trust Company-AK, (Doc. No. 42).

Plaintiff filed this action on July 30, 2019. (Doc. No. 1). Defendants filed the pending motions to dismiss on September 24, 2019, and October 4, 2019, respectively. (Doc. Nos. 32, 42). Plaintiff filed an Amended Complaint on October 18, 2019. (Doc. No. 45). Because Plaintiff has filed an Amended Complaint, the pending motions to dismiss are now moot.

**IT IS THEREFORE ORDERED** that:

(1) The pending Motions to Dismiss, (Doc. Nos. 32, 42), are hereby terminated as moot.

Signed: October 25, 2019

Max O. Cogburn Jr.
United States District Judge