IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-373-MOC-DCK

| | |
|---|---|
| PHILIPS MEDICAL SYSTEMS NEDERLAND B.V.; PHILIPS NORTH AMERICA LLC; and PHILIPS INDIA LTD, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | ORDER |
| TEC HOLDINGS, INC.; TRANSTATE EQUIPMENT COMPANY, INC.; PEAK TRUST COMPANY-AK; and ROBERT ANDREW WHEELER, ) ) ) ) ) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendants TEC Holdings, Inc., Transtate Equipment Company, Inc., And Robert Andrew Wheeler's Joint Motion And Memorandum In Support To Permanently File Under Seal Defendant Peak Trust Company-AK's Unredacted Memorandum In Support Of Its Motion To Dismiss" (Document No. 64) filed November 21, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and Local Rule 6.1, and noting that the other parties do not object, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendants TEC Holdings, Inc., Transtate Equipment Company, Inc., And Robert Andrew Wheeler's Joint Motion And Memorandum In Support To Permanently File Under Seal Defendant Peak Trust Company-AK's Unredacted Memorandum In Support Of Its Motion To Dismiss" (Document No. 64) is **GRANTED**.

**IT IS FURTHER ORDERED** that "Defendant Peak Trust Company-AK's Memorandum In Support Of Its Motion To Dismiss The Amended Complaint" (Document No. 59-2) shall remain under seal until otherwise ordered by this Court.

**IT IS FURTHER ORDERED** that Defendants shall separately file the redacted version of the "…Memorandum in Support of Its Motion to Dismiss the Amended Complaint [DE 59-2]" (Document No. 64-1) on or before **November 25, 2019**.

Signed: November 22, 2019

David C. Keesler
United States Magistrate Judge