IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-373-MOC-DCK

| | | |
|---|---|---|
| PHILIPS MEDICAL SYSTEMS NEDERLAND B.V.; PHILIPS NORTH AMERICA LLC; and PHILIPS INDIA LTD, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| TEC HOLDINGS, INC.; TRANSTATE EQUIPMENT COMPANY, INC.; PEAK TRUST COMPANY-AK; and ROBERT ANDREW WHEELER, | ) ) ) ) ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiffs' Motion To Seal Its Memoranda In Opposition To Defendants' Motions To Dismiss The Amended Complaint" (Document No. 67) filed December 9, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and Local Rule 6.1, and noting that the other parties do not object, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Plaintiffs' Motion To Seal Its Memoranda In Opposition To Defendants' Motions To Dismiss The Amended Complaint" (Document No. 67) is **GRANTED**.

**IT IS FURTHER ORDERED** that "Plaintiffs' Opposition To Defendants TEC Holdings, Inc. And Robert Andrew Wheeler's Joint Motion To Dismiss the Amended Complaint" (Document No. 68) shall remain under seal until otherwise ordered by this Court.

**IT IS FURTHER ORDERED** that "Plaintiffs' Opposition To Peak Trust Company-AK's Motion To Dismiss The Amended Complaint" (Document No. 69) shall remain under seal until otherwise ordered by this Court.

**IT IS FURTHER ORDERED** that Plaintiffs shall file redacted versions of their memoranda, to the extent necessary, after consultation with Defendants' counsel but on or before **December 31, 2019**.

Signed: December 10, 2019

David C. Keesler
United States Magistrate Judge