IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-373-MOC-DCK

| | |
|---|---|
| PHILIPS MEDICAL SYSTEMS NEDERLAND B.V.; PHILIPS NORTH AMERICA LLC; and PHILIPS INDIA LTD, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | ORDER |
| TEC HOLDINGS, INC.; TRANSTATE EQUIPMENT COMPANY, INC.; PEAK TRUST COMPANY-AK; and ROBERT ANDREW WHEELER, ) ) ) ) ) ) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant Peak Trust Company-AK's Motion To Seal" (Document No. 90) filed July 27, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and Local Rule 6.1, and noting that the other parties do not object, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that "Defendant Peak Trust Company-AK's Motion To Seal" (Document No. 90) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Peak Trust Company-AK's Answer To Amended Complaint" (Document No. 91) shall remain under seal until otherwise ordered by this Court. Defendant shall file a publicly available redacted version of its Answer on or before **August 14, 2020**.

Signed: August 10, 2020

David C. Keesler