**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-373-MOC-DCK**

| | |
|---|---|
| **PHILIPS MEDICAL SYSTEMS NEDERLAND B.V., PHILIPS NORTH AMERICA LLC, and PHILIPS INDIA LTD.,** ) ) ) ) **Plaintiffs,** ) ) v. ) ) **TEC HOLDINGS, INC., TRANSTATE EQUIPMENT COMPANY, INC., ROBERT ANDREW WHEELER, and PEAK TRUST COMPANY-AK,** ) ) ) ) ) ) **Defendants.** ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 94) filed by Nicholas H. Lee, concerning J.D. Schneider on August 20, 2020. J.D. Schneider seeks to appear as counsel *pro hac vice* for Defendant Andrew Wheeler. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 94) is **GRANTED**. J.D. Schneider is hereby admitted *pro hac vice* to represent Defendant Andrew Wheeler.

Signed: August 20, 2020

David C. Keesler
United States Magistrate Judge