# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## CASE NO. 3:20-CV-021-MOC-DCK; 3:19-CV-272-MOC-DSC; 3:19-CV-373-MOC-DCK; 3:19-CV-444-MOC-DSC

| | |
|---|---|
| PHILIPS MEDICAL SYSTEMS NEDERLAND B.V., PHILIPS NORTH AMERICA LLC, and PHILIPS INDIA LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TEC HOLDINGS, INC., f/k/a TRANSTATE EQUIPMENT COMPANY, INC., et al., <br><br> Defendants. <br><br> 3:20-CV-021-MOC-DCK | **ORDER** |
| PHILIPS NORTH AMERICA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DALE E. DORROW and WILLIAM M. GRISWOLD, <br><br> Defendants. <br><br> 3:19-CV-272-MOC-DSC | |

| | |
|---|---|
| **PHILIPS MEDICAL SYSTEMS NEDERLAND B.V., PHILIPS NORTH AMERICA LLC, and PHILIPS INDIA LTD.,** | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| **TEC HOLDINGS, INC., f/k/a TRANSTATE EQUIPMENT COMPANY, INC., et al.,** | )<br>)<br>) |
| Defendants. | )<br>) |
| 3:19-CV-373-MOC-DCK | )<br>) |
| **PHILIPS NORTH AMERICA, LLC, PHILIPS MEDICAL SYSTEMS NEDERLAND B.V., PHILIPS INDIA LTD., PHILIPS MEDICAL SYSTEMS (CLEVELAND), INC., PHILIPS MEDICAL SYSTEM TECHNOLOGIES LTD., and KONINKLIJKE PHILIPS N.V.,** | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| **DUSTIN JAY ZIMMERMAN,** | )<br>) |
| Defendant. | )<br>) |
| 3:19-CV-444-MOC-DSC | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion For A Brief Extension Of Case Management Plan Deadlines To Complete Fact Discovery" (Document No. 344) filed May 10, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28

U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion with modification.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion For A Brief Extension Of Case Management Plan Deadlines To Complete Fact Discovery" (Document No. 344) is **GRANTED with modification**, as set forth below. Further extensions of these deadlines are unlikely to be allowed. The case deadlines are revised as follows:

**Case No. 3:20-CV-021-MOC-DCK**

| | |
|---|---|
| Fact Discovery Completion | June 4, 2021 |
| Expert Reports | July 1, 2021 (Opening) <br><br> August 2, 2021 (Rebuttal) |
| Expert Discovery Completion | August 20, 2021 |
| Mediation Report | July 23, 2021 |
| Dispositive Motions | August 24, 2021 |
| *Ready Date* For Trial | October 18, 2021 |

**Case No. 3:19-CV-272-MOC-DSC and Case No. 3:19-CV-444-MOC-DSC**

| | |
|---|---|
| Fact Discovery Completion | July 19, 2021 |
| Expert Reports | August 3, 2021 (Opening) <br><br> September 1, 2021 (Rebuttal) |
| Expert Discovery Completion | September 24, 2021 |
| Mediation Report | September 2, 2021 |
| Dispositive Motions | October 22, 2021 |
| *Ready Date* For Trial | February 22, 2022 |

Case No. 3:19-CV-373-MOC-DCK

| Fact Discovery Completion | August 22, 2021 |
| --- | --- |
| Expert Reports | September 7, 2021 (Opening) |
|  | October 6, 2021 (Rebuttal) |
| Expert Discovery Completion | October 29, 2021 |
| Mediation Report | November 4, 2021 |
| Dispositive Motions | November 29, 2021 |
| *Ready Date* For Trial | February 22, 2022 |

**SO ORDERED.**

Signed: May 11, 2021

David C. Keesler
United States Magistrate Judge

4