IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:19-CV-373-MOC-DCK

| | |
|---|---|
| PHILIPS MEDICAL SYSTEMS NEDERLAND B. V., PHILIPS NORTH AMERICA LLC, and PHILIPS INDIA LTD., Plaintiffs, v. TEC HOLDINGS, INC., TRANSTATE EQUIPMENT COMPANY, INC., ROBERT A. WHEELER, and PEAK TRUST COMPANY-AK, Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 102) filed by C. Bailey King, Jr., concerning William R. Overend, on May 28, 2021. William R. Overend seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 102) is **GRANTED**. William R. Overend is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: May 28, 2021

David C. Keesler
United States Magistrate Judge