UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-373-MOC-DCK

| | |
|---|---|
| PHILLIPS MEDICAL SYSTEMS, NEDERLAND B.V., et al., ) ) ) Plaintiffs, ) ) vs. ) ) TEC HOLDINGS, INC., et al., ) ) ) Defendants. ) _____ ) | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's request for expedited briefing on its pending Motion to Lift Stay, filed on December 15, 2021. (Doc. No. 152).

The Court will allow expedited briefing. Defendants' brief in response to Plaintiff's pending Motion to Lift Stay is due no later than six days from entry of this Order. Plaintiff shall then have two days to file a Reply.

After the parties file their respective briefs, the Court will rule on the pending Motion to Lift Stay.

**IT IS SO ORDERED**.

Signed: December 16, 2021

Max O. Cogburn Jr.
United States District Judge