UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-373-MOC-DCK

| | |
|---|---|
| PHILLIPS MEDICAL SYSTEMS, NEDERLAND B.V., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| TEC HOLDINGS, INC., et al., | ) ) ) |
| Defendants. | ) ) |

**ORDER**

**THIS MATTER** is before the Court on Plaintiff's Motion to Lift Stay for the limited purpose of filing a preliminary injunction motion in this case. (Doc. No. 152). Defendants oppose the motion.

The Court **GRANTS** the motion to lift stay, but only in this case and for the limited purpose of filing a motion for preliminary injunction.

**IT IS SO ORDERED**.

Signed: January 24, 2022

Max O. Cogburn Jr.
United States District Judge