| | |
|---|---|
| **PHILIPS NORTH AMERICA, LLC, et al.,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> vs. ) <br> ) <br> **DUSTIN JAY ZIMMERMAN,** ) <br> ) <br> **Defendant.** ) <br> _____ ) | **AMENDED ORDER**[1] |

**THIS MATTER** comes before the Court on the parties' Joint Motion for Revised Scheduling Order. (Doc. No. 89). The motion is **GRANTED**.

The scheduling orders for the related cases, 3:19cv272, 3:19cv444, and 3:19cv373, are hereby revised as set forth below, subject to the trial dates being modified slightly to coincide with the Court's calendar for civil trials.

| **Deadline** | **3:19-cv-272** | **3:19-cv-444** | **3:19-cv-373** |
|---|---|---|---|
| Fact Discovery | Closed | Closed | Closed Subject to Outstanding Fact Discovery and Rulings |
| Expert Disclosures | Closed | Closed | Nov. 8, 2022 |
| Rebuttal Expert Disclosures | Closed | Closed | Dec. 6, 2022 |
| Expert Discovery Close | Closed | Closed | Jan. 6, 2023 |
| Complete Mediation | Closed | Closed | Jan. 20, 2023 |
| Dispositive Motions | 60 days after rulings on dispositive motions in lead case or 60 days after end of trial in lead case, whichever is later, but in no event later than Jan. 30, 2023. | 60 days after rulings on dispositive motions in lead case or 60 days after end of trial in lead case, whichever is later, but in no event later than June 30, 2023. | Feb. 8, 2023 |

---

[1] The Court amends its previous order to insert trial date information that was inadvertently left out of the previous order.

The new trial ready dates are as follows, subject to change depending on the trial in the lead case:

        3:19cv272     April 17, 2023

        3:19cv444     June 19, 2023

        3:19cv373     August 7, 2023

The Clerk's office is respectfully instructed to file this Order in cases 3:19cv272, 3:19cv444, and 3:19cv373.

**IT IS SO ORDERED**.

Signed: September 8, 2022

Max O. Cogburn Jr
United States District Judge